**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 338 MAL 2018

             Respondent              :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

             v.                   :

                                :

NICHOLAS MICHAEL TATE,        :

                                :

             Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.